# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-3801

—————————————————

KATHRYN ANN SPRINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

August 30, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Andy Thomas, Public Defender, Lori A. Willner, Assistant Public Defender, for Appellant.

Ashley Moody, Attorney General, for Appellee.